Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY MILLER, | ) Case No.: CV 09-2633 JL |
| Plaintiff, | ) |
| | ) STIPULATION FOR DISMISSAL |
| v. | ) WITH PREJUDICE; AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

TO THE HONORABLE JAMES LARSON, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

///

///

///

///

///

///

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their

2  respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above

3  captioned matter be dismissed with each side to bear its own costs.

4

5  DATE: 12/23/09                    Respectfully submitted,

6                                    ROHLFING & KALAGIAN, LLP

7

8                                    */s/-Marc V. Kalagian*
                                     Marc V. Kalagian
9                                    Attorney for Plaintiff

10

11 DATE: 12/23/09                    JOSEPH R. RUSSONIELLO
                                     United States Attorney
12                                   LUCILLE GONZALES MEIS
                                     Chief Civil Division
13

14

15                                   */s/-Elizabeth M. Firer*
                                     ELIZABETH M. FIRER
16                                   Special Assistant United States Attorney
                                     Attorney for Defendant
17                                   [*By email authorization on December 23, 2009]

18

19 PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall be

20 dismissed with prejudice.

21

22

23 Dated: __January 11, 2010_____         _____
                                           JAMES LARSON
24                                         United States Magistrate Judge

25

26

-2-