1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHEN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11

12 | GARY MILLER,                        ) Case No.: CV 09-2633 JL
13 |          Plaintiff,                  ) STIPULATION FOR DISMISSAL
   |                                      ) WITH PREJUDICE; AND ORDER
14 | v.                                   )
15 | MICHAEL J. ASTRUE,                   )
   | Commissioner of Social Security,     )
16 |          Defendant.                  )
17 |                                      )

18

19     TO THE HONORABLE JAMES LARSON, MAGISTRATE JUDGE OF

20 THE DISTRICT COURT:

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

-1-

1   IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3  captioned matter be dismissed with each side to bear its own costs.

4

5  DATE: 12/23/09                    Respectfully submitted,

6                                    ROHLFING & KALAGIAN, LLP

7

8                                    */s/-Marc V. Kalagian*
                                     Marc V. Kalagian
9                                    Attorney for Plaintiff

10

11 DATE: 12/23/09                    JOSEPH R. RUSSONIELLO
                                     United States Attorney
12                                   LUCILLE GONZALES MEIS
                                     Chief Civil Division
13

14
                                     *\*/s/-Elizabeth M. Firer*
15                                   ELIZABETH M. FIRER
                                     Special Assistant United States Attorney
16                                   Attorney for Defendant
17                                   [*By email authorization on December 23, 2009]

18

19 PURSUANT TO STIPULATION, IT IS SO ORDERED that this case shall be
20 dismissed with prejudice.

21

22

23 Dated: __January 11, 2010__         _____/s/ James Larson_____
                                       JAMES LARSON
24                                     United States Magistrate Judge

25

26

-2-